NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG INSTRUMENT, INC.,**
*Appellant,*

v.

**THE BRINKMANN CORPORATION,**
*Cross-Appellant.*

---

2011-1052, -1053
(Opposition Nos. 91164169, 91164340, and 91163534)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

The Brinkmann Corporation moves for a 14-day extension of time, until April 13, 2011, to file its principal brief, until May 23, 2011, for Mag Intrument, Inc. to file its reply brief, and until June 6, 2011 for The Brinkmann Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert C. Weiss, Esq.
Gary A. Clark, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK